RYAN ALEXANDER
Nevada Bar No. 10845
RYAN ALEXANDER, CHTD.
3017 West Charleston Blvd., Ste. 10
Las Vegas, NV 89102
Phone: (702) 868-3311
Fax: (702) 822-1133
*Attorney for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>JOSE GODOY ESCOBAR ECHEVERIA;<br><br>   Defendant. | Case No.: 2:21-mj-00136-DJA<br>Hon. Daniel J. Albregts<br><br>**ORDER TO CONTINUE TRIAL – FIRST REQUEST**<br><br>**Hearing Date:** July 21, 2020<br>**Hearing Time:** 9:00 a.m. |

Defendant JOSE GODOY ESCOBAR ECHEVERIA and Plaintiff UNITED STATES OF AMERICA, Nevada, by and through their respective undersigned counsel, hereby submit this Stipulation and Order to continue the Bench Trial in this matter. This is at the request of the Defendant, and is the first continuance of the Bench Trial setting. Plaintiff's counsel provided Defendant's counsel with a copy of video evidence that Plaintiff intends to use at Trial; however, Defendant and his counsel have been unable to access or view it. Defendant requests additional time obtain a copy of the video at issue in a format that permits Defendant and his counsel to view it. Accordingly, the parties agree to continue the Bench Trial for thirty (30) days.

It is so stipulated.

Dated July 20, 2021.

| U.S. ATTORNEY'S OFFICE | RYAN ALEXANDER, CHTD. |
|---|---|
| /s/Rachel Kent | /s/Ryan Alexander |
| RACHEL KENT, ESQ.<br>Special United States Attorney<br>*Attorney for Plaintiff* | RYAN ALEXANDER<br>Nevada Bar No. 10845<br>*Attorney for Defendant* |

*USA v. Echeveria*
*#2:21-mj-00136-DJA*

## ORDER

UPON STIPULATION OF THE PARTIES as set forth above, and good cause appearing, the Court hereby sets the following date for continued Bench Trial in this matter to August 25, 2021, at 9:00 a.m. in Courtroom 3A.

**IT IS SO ORDERED** this 20th day of July, 2021.

_____
DANIEL J. ALBREGTS, U.S. Magistrate Judge

2