1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  Nevada Bar Number 14853
   RACHEL KENT
3  Special Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Tel: 702.388.6270/ Fax: 702.388.6418
5  rachel.kent@usdoj.gov

6  *Attorneys for the United States*

7                UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA
8

9  UNITED STATES OF AMERICA,          Case No. 2:21-mj-00136-DJA

            Plaintiff,                 ORDER    **to Continue Bench Trial**
10                                     **(Second Request)**

11        v.

   JOSE G. ESCOBAR-ECHEVERRIA,
12
            Defendant.
13

14
        IT IS HEREBY STIPULATED AND AGREED, by and between Christopher
15
   Chiou, Acting United States Attorney, and Rachel Kent, Special Assistant United States
16
   Attorney, counsel for the United States of America, Ryan Alexander, Esquire, counsel for
17
   the defendant, that the bench trial in the above-captioned matter, currently scheduled for
18
   August 25, 2021 at the hour of 9:00 a.m., be vacated and continued for sixty (60) days or
19
   to date and time convenient to the Court.
20
        This stipulation is entered into for the following reasons:
21
        1.      Government will need additional time to provide defense counsel with a
22
   modified copy of a video previously provided.
23
        2.      Defendant is out of custody and agrees to the continuance.
24

3.      Denial of this request for a trial continuance would prejudice both the Defendants and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

4.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

5.      This is the second request for continuance of the trial in this case.

DATED this  22nd   day of August, 2021.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Ryan Alexander                          /s/ Rachel Kent

RYAN ALEXANDER, ESQ.              RACHEL KENT
Counsel for defendant                      Special Assistant United States Attorney
**JOSE G. ESCOBAR-ECHEVERRIA**

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00136-DJA |
| Plaintiff, | **Order Continuing Bench Trial** |
| v. | |
| JOSE G. ESCOBAR-ECHEVERRIA, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for August 25, 2021, at the hour of 9:00 a.m. be vacated and continued to November 3, 2021, at 9:00 a.m., Courtroom 3A.

DATED this _____24th_____ day of August, 2021.

_____
UNITED STATES MAGISTRATE JUDGE
DANIEL J. ALBREGTS

3