CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
SUPRIYA PRASAD
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336/ Fax: 702.388.6418
supriya.prasad @usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JOSE G. ESCOBAR-ECHEVERRIA,<br><br>　　　　　Defendant. | Case No. 2:21-mj-000136-DJA<br><br>ORDER　to Continue Bench Trial<br>**(Second Request)** |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, Ryan Alexander, Esquire, counsel for the defendant, that the bench trial in the above-captioned matter, currently scheduled for November 3, 2021 at the hour of 9:00 a.m., be vacated and continued for sixty (60) days or to date and time convenient to the Court.

　　　This stipulation is entered into for the following reasons:

　　　1.　　Counsel for the Defendant needs time to consult with Defendant to adequately prepare for trial/or possible negotiations with the Government.

　　　2.　　Defendant is out of custody and agrees to the continuance.

3. Denial of this request for a trial continuance would prejudice both the Defendants and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the second request for continuance of the trial in this case.

DATED this 1st day of November, 2021.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| /s/ Ryan Alexander | /s/ Supriya Prasad |
| RYAN ALEXANDER, ESQ.<br>Counsel for defendant<br>**JOSE G. ESCOBAR-ECHEVERRIA** | SUPRIYA PRASAD<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE G. ESCOBAR-ECHEVERRIA,<br><br>Defendant. | Case No. 2:21-mj-00136-DJA<br><br>**Order Continuing Bench Trial** |

Based on the pending stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for November 1, 2021, at the hour of 9:00 a.m. be vacated and continued to January 12, 2022, at 9:00 a.m., Courtroom 3A.

DATED this ___2nd___ day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE
DANIEL J. ALBREGTS